| Viacom International Services Inc. | Pay Group: | Cable Biweekly | Advice Date | Advice Number |
|---|---|---|---|---|
| 1515 BROADWAY | Pay Begin Date: | 03/02/2025 | 03/18/2025 | 0068472349 |
| NEW YORK, NY 10036 | Pay End Date: | 03/15/2025 | | |
| TEL- (866) 423-4124 | | | | |

| | | | | Tax Data | FED | MN |
|---|---|---|---|---|---|---|
| Name: Stacy Monahan | Employee ID: | 04091210 | | Tax Status: | Married filing jointly (o | Married |
| Address: 16198 HARVARD CT | Location: | TC099 - Non New York | | Allowance: | 00 | 00 |
| LAKEVILLE MN 55044 | Pay Rate: | $ 31.83 Hourly Rate | | Additional Allowance: | 00 | 00 |
| | Department: | MTVE Media Planning | | Additional Percent: | 0.00 | 0.00 |
| Mail Drop: | | | | Additional Amount: | 0.00 | 0.00 |
| | | | | Credits for dep: | 0.00 | |

### HOURS & EARNINGS

| | ----- Pay Period ---- | | | ------ Current ------ | | -------- YTD -------- | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Holiday | | | | 0.00 | 0.00 | 32.00 | 1,011.06 |
| Overtime | | | 47.74 | 5.75 | 274.51 | 35.99 | 1,718.18 |
| Overtime | 02/16/2025 | 03/01/2025 | 47.7405 | 5.08 | 242.52 | | 0 |
| Regular | | | 31.83 | 80.00 | 2,546.20 | 424.00 | 13,465.18 |
| Sick | | | | 0.00 | 0.00 | 8.00 | 254.62 |
| Extra Day | | | | 0.00 | 0.00 | 16.00 | 494.40 |
| Additional Regular | | | | 0.00 | 0.00 | 20.59 | 653.46 |
| Total | | | | 90.83 | 3,063.23 | 536.58 | 17,596.90 |

Current Total Hours Worked : 85.75

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Withholding Tax | 181.11 | 1,036.86 |
| Federal EE Social Security Tax | 178.39 | 1,044.08 |
| Federal EE Medicare Tax | 41.72 | 244.18 |
| Minnesota Withholding Tax | 127.53 | 736.96 |
| Total | 528.75 | 3,062.08 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pretax Medical | 164.31 | 985.86 |
| Pretax Optional AD&D | 0.60 | 3.60 |
| Vision PreTax | 9.69 | 58.14 |
| Dental | 12.58 | 75.48 |
| 401(k) | 61.26 | 359.12 |
| Total | 248.44 | 1,482.20 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Care | 22.06 | 132.36 |
| Dependent GUL | 0.38 | 2.28 |
| Legal Plan | 7.29 | 43.74 |
| Accident Insurance | 10.85 | 65.10 |
| EE 401k Roth | 153.16 | 897.80 |
| Long Term Disability | 0.67 | 3.81 |
| Total | 194.41 | 1,145.09 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401K ER Match | 153.15 | 897.76 |
| Basic Life | 1.18 | 6.94 |

Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET |
|---|---|---|---|---|---|
| CURRENT | 3,063.23 | 2,815.97 | 528.75 | 442.85 | 2,091.63 |
| YTD | 17,596.90 | 16,480.85 | 3,062.08 | 2,627.29 | 11,907.53 |

### NET DISTRIBUTION

| Advice Number | Amount |
|---|---|
| 0068472349 | 2,091.63 |
| Total | 2,091.63 |

MESSAGE:

## Paramount

Viacom International Services Inc.
1515 BROADWAY
NEW YORK, NY 10036

Deposit Amount  : $ 2,091.63

To the Account of : Stacy Monahan
16198 HARVARD CT
LAKEVILLE MN 55044

### DIRECT DEPOSIT DISTRIBUTION

| Account Number | Amount |
|---|---|
| ****** | 2,091.63 |

NON NEGOTIABLE

**Viacom International Services Inc.**
1515 BROADWAY
NEW YORK, NY 10036
TEL- (866) 423-4124

| Pay Group: | Cable Biweekly |
|---|---|
| Pay Begin Date: | 02/16/2025 |
| Pay End Date: | 03/01/2025 |

| Advice Date | Advice Number |
|---|---|
| 03/04/2025 | 0067712381 |

Name: Stacy Monahan
Address: 16198 HARVARD CT
LAKEVILLE MN 55044
Mail Drop:

| Employee ID: | 04091210 |
|---|---|
| Location: | TC099 - Non New York |
| Pay Rate: | $ 31.83 Hourly Rate |
| Department: | MTVE Media Planning |

| Tax Data | FED | MN |
|---|---|---|
| Tax Status: | Married filing jointly (o | Married |
| Allowance: | 00 | 00 |
| Additional Allowance: | 00 | 00 |
| Additional Percent: | 0.00 | 0.00 |
| Additional Amount: | 0.00 | 0.00 |
| Credits for dep: | 0.00 | |

### HOURS & EARNINGS

| | Pay Period | | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday | | | 31.83 | 8.00 | 254.62 | 32.00 | 1,011.06 | Federal Withholding Tax | 175.19 | 855.75 |
| Overtime | 02/02/2025 | 02/15/2025 | 47.7405 | 7.83 | 373.81 | 25.16 | 1,201.15 | Federal EE Social Security Tax | 175.27 | 865.69 |
| Regular | | | 31.83 | 72.00 | 2,291.58 | 344.00 | 10,918.98 | Federal EE Medicare Tax | 40.99 | 202.46 |
| Sick | | | | 0.00 | | 8.00 | 254.62 | Minnesota Withholding Tax | 124.18 | 609.43 |
| Extra Day | | | | 0.00 | | 16.00 | 494.40 | | | |
| Additional Regular | | | 31.83 | 2.92 | 92.93 | 20.59 | 653.46 | | | |
| Total | | | | 90.75 | 3,012.94 | 445.75 | 14,533.87 | Total | 515.63 | 2,533.33 |

Current Total Hours Worked: 74.92

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Pretax Medical | 164.31 | 821.55 | Critical Care | 22.06 | 110.30 | 401K ER Match | 150.65 | 744.61 |
| Pretax Optional AD&D | 0.60 | 3.00 | Dependent GUL | 0.38 | 1.90 | Basic Life | 1.16 | 5.76 |
| Vision PreTax | 9.69 | 48.45 | Legal Plan | 7.29 | 36.45 | | | |
| Dental | 12.58 | 62.90 | Accident Insurance | 10.85 | 54.25 | | | |
| 401(k) | 60.26 | 297.86 | EE 401k Roth | 150.65 | 744.64 | | | |
| | | | Long Term Disability | 0.67 | 3.14 | | | |
| Total | 247.44 | 1,233.76 | Total | 191.90 | 950.68 | Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET |
|---|---|---|---|---|---|
| CURRENT | 3,012.94 | 2,766.68 | 515.63 | 439.34 | 2,057.97 |
| YTD | 14,533.87 | 13,664.88 | 2,533.33 | 2,184.44 | 9,815.90 |

### NET DISTRIBUTION

| Advice Number | Amount |
|---|---|
| 0067712381 | 2,057.97 |
| Total | 2,057.97 |

MESSAGE:

**Paramount**
Viacom International Services Inc.
1515 BROADWAY
NEW YORK, NY 10036

### DIRECT DEPOSIT DISTRIBUTION

| Account Number | Amount |
|---|---|
| ******* | 2,057.97 |

Deposit Amount : $ 2,057.97

To the Account of : Stacy Monahan
16198 HARVARD CT
LAKEVILLE MN 55044

NON NEGOTIABLE

**Viacom International Services Inc.**
1515 BROADWAY
NEW YORK , NY 10036
TEL- (866) 423-4124

| Pay Group: | Cable Biweekly |
|---|---|
| Pay Begin Date: | 02/02/2025 |
| Pay End Date: | 02/15/2025 |

| Advice Date | Advice Number |
|---|---|
| 02/18/2025 | 0067112386 |

| Name: | Stacy Monahan |
|---|---|
| Address: | 16198 HARVARD CT |
|  | LAKEVILLE MN 55044 |
| Mail Drop: | |

| Employee ID: | 04091210 |
|---|---|
| Location: | TC099 - Non New York |
| Pay Rate: | $ 31.83 Hourly Rate |
| Department: | MTVE Media Planning |

| Tax Data | FED | MN |
|---|---|---|
| Tax Status: | Married filing jointly (o | Married |
| Allowance: | 00 | 00 |
| Additional Allowance: | 00 | 00 |
| Additional Percent: | 0.00 | 0.00 |
| Additional Amount: | 0.00 | 0.00 |
| Credits for dep: | 0.00 | |

### HOURS & EARNINGS

| Description | Begin Date | End Date | Rate | Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Holiday | | | | | 0.00 | 24.00 | 756.44 |
| Overtime | | | 47.74 | 5.25 | 250.64 | 17.33 | 827.34 |
| Overtime | 01/19/2025 | 02/01/2025 | 47.7405 | 4.50 | 214.83 | | 0 |
| Regular | | | 31.83 | 80.00 | 2,546.20 | 272.00 | 8,627.40 |
| Sick | | | | | 0.00 | 8.00 | 254.62 |
| Extra Day | | | | | 0.00 | 16.00 | 494.40 |
| Additional Regular | | | | | 0.00 | 17.67 | 560.53 |
| Total | | | | 89.75 | 3,011.67 | 355.00 | 11,520.73 |

Current Total Hours Worked : 85.25

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Withholding Tax | 175.05 | 680.56 |
| Federal EE Social Security Tax | 175.19 | 690.42 |
| Federal EE Medicare Tax | 40.97 | 161.47 |
| Minnesota Withholding Tax | 124.09 | 485.25 |
| Total | 515.30 | 2,017.70 |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pretax Medical | 164.31 | 657.24 |
| Pretax Optional AD&D | 0.60 | 2.40 |
| Vision PreTax | 9.69 | 38.76 |
| Dental | 12.58 | 50.32 |
| 401(k) | 60.23 | 237.60 |
| Total | 247.41 | 986.32 |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Critical Care | 22.06 | 88.24 |
| Dependent GUL | 0.38 | 1.52 |
| Legal Plan | 7.29 | 29.16 |
| Accident Insurance | 10.85 | 43.40 |
| EE 401k Roth | 150.58 | 593.99 |
| Long Term Disability | 0.67 | 2.47 |
| Total | 191.83 | 758.78 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401K ER Match | 150.57 | 593.96 |
| Basic Life | 1.18 | 4.58 |
| Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET |
|---|---|---|---|---|---|
| CURRENT | 3,011.67 | 2,765.44 | 515.30 | 439.24 | 2,057.13 |
| YTD | 11,520.73 | 10,898.20 | 2,017.70 | 1,745.10 | 7,757.93 |

### NET DISTRIBUTION

| Advice Number | Amount |
|---|---|
| 0067112386 | 2,057.13 |
| Total | 2,057.13 |

MESSAGE :

*Paramount*

**Viacom International Services Inc.**
1515 BROADWAY
NEW YORK, NY10036

Deposit Amount : $ 2,057.13

To the Account of : **Stacy Monahan**
16198 HARVARD CT
LAKEVILLE MN 55044

### DIRECT DEPOSIT DISTRIBUTION

| Account Number | Amount |
|---|---|
| ****** | 2,057.13 |

NON NEGOTIABLE

**Viacom International Services Inc.**
1515 BROADWAY
NEW YORK, NY 10036
TEL- (866) 423-4124

| | |
|---|---|
| Pay Group: | Cable Biweekly |
| Pay Begin Date: | 01/19/2025 |
| Pay End Date: | 02/01/2025 |

| Advice Date | Advice Number |
|---|---|
| 02/04/2025 | 0066572398 |

| | |
|---|---|
| Name: | Stacy Monahan |
| Address: | 16198 HARVARD CT |
| | LAKEVILLE MN 55044 |
| Mail Drop: | |

| | |
|---|---|
| Employee ID: | 04091210 |
| Location: | TC099 - Non New York |
| Pay Rate: | $ 31.83 Hourly Rate |
| Department: | MTVE Media Planning |

| Tax Data | FED | MN |
|---|---|---|
| Tax Status: | Married filing jointly (o | Married |
| Allowance: | 00 | 00 |
| Additional Allowance: | 00 | 00 |
| Additional Percent: | 0.00 | 0.00 |
| Additional Amount: | 0.00 | 0.00 |
| Credits for dep: | 0.00 | |

## HOURS & EARNINGS

| | Pay Period | | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday | | | 31.83 | 8.00 | 254.62 | 24.00 | 756.44 | Federal Withholding Tax | 171.47 | 505.51 |
| Overtime | | | | 0.00 | 7.58 | 361.97 | | Federal EE Social Security Tax | 173.31 | 515.23 |
| Regular | | | 31.83 | 72.00 | 2,291.58 | 192.00 | 6,081.20 | Federal EE Medicare Tax | 40.53 | 120.50 |
| Regular | 01/05/2025 | 01/18/2025 | 31.8270 | 8.00- | -254.62 | | 0 | Minnesota Withholding Tax | 122.07 | 361.16 |
| Sick | 01/05/2025 | 01/18/2025 | 31.8270 | 8.00 | 254.62 | 8.00 | 254.62 | | | |
| Extra Day | | | | | 0.00 | 16.00 | 494.40 | | | |
| Additional Regular | | | 31.83 | 7.42 | 236.16 | 17.67 | 560.53 | | | |
| Additional Regular | 01/05/2025 | 01/18/2025 | 31.8270 | 6.25 | 198.92 | | 0 | | | |
| Total | | | | 93.67 | 2,981.28 | 265.25 | 8,509.06 | Total | 507.38 | 1,502.40 |

Current Total Hours Worked : 79.42

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Pretax Medical | 164.31 | 492.93 | Critical Care | 22.06 | 66.18 | 401K ER Match | 149.06 | 443.39 |
| Pretax Optional AD&D | 0.60 | 1.80 | Dependent GUL | 0.38 | 1.14 | Basic Life | 1.18 | 3.40 |
| Vision PreTax | 9.69 | 29.07 | Legal Plan | 7.29 | 21.87 | | | |
| Dental | 12.58 | 37.74 | Accident Insurance | 10.85 | 32.55 | | | |
| 401(k) | 59.63 | 177.37 | EE 401k Roth | 149.06 | 443.41 | | | |
| | | | Long Term Disability | 0.67 | 1.80 | | | |
| Total | 246.81 | 738.91 | Total | 190.31 | 566.95 | Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET |
|---|---|---|---|---|---|
| CURRENT | 2,981.28 | 2,735.65 | 507.38 | 437.12 | 2,036.78 |
| YTD | 8,509.06 | 8,132.76 | 1,502.40 | 1,305.86 | 5,700.80 |

### NET DISTRIBUTION

| Advice Number | Amount |
|---|---|
| 0066572398 | 2,036.78 |
| Total | 2,036.78 |

MESSAGE:

**Paramount**
Viacom International Services Inc.
1515 BROADWAY
NEW YORK, NY 10036

| DIRECT DEPOSIT DISTRIBUTION | |
|---|---|
| Account Number | Amount |
| ***  | 2,036.78 |

Deposit Amount   : $ 2,036.78

To the Account of : Stacy Monahan
                    16198 HARVARD CT
                    LAKEVILLE MN 55044

NON NEGOTIABLE

# Bachman's

Bachman's, Inc.
6010 Lyndale Ave S
Minneapolis, MN 55419-2289

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/09/2025 |
| Period End Date | 02/22/2025 |
| Pay Date | 02/28/2025 |
| Document | 170052 |
| **Net Pay** | **$1,290.48** |

## Pay Details

**Joseph Monahan**
16198 Harvard ct
lakeville, MN 55044
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 114038 | Pay Group | Biweekly | |
| SSN | XXX-XX- | Location | Bachman's Farm/Grnhse | |
| Job | INSIDE SALES SUPPORT | STORE | 050 - Wholesale Nursery | |
| Pay Rate | $20.4000 | LABOR | 6015 - Labor Sales non-Retail | |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | 0.000000 | $0.00 | $163.20 |
| Overtime | 0.000000 | $0.00 | $33.96 |
| Paid Time Off | 4.000000 | $81.60 | $693.60 |
| Regular Pay | 11.500000 | $234.60 | |
| Regular Pay | 24.450000 | $498.78 | |
| Regular Pay | 39.990000 | $815.80 | $6,812.79 |
| Regular Pay ST | 0.000000 | $0.00 | $250.00 |

Total Hours  79.940000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Catch up | Yes | $48.92 | $238.60 | $0.00 | $0.00 |
| United Way | No | $0.00 | $25.00 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $12.23 | $59.65 |
| GTL 50000 | No | $0.00 | $0.00 | $3.46 | $17.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $111.42 | $533.77 |
| Employee Medicare | $23.65 | $115.33 |
| Social Security Employee Tax | $101.11 | $493.12 |
| MN State Income Tax | $55.20 | $265.62 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6150 | 52.7600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx | Checking | $1,290.48 |
| Total | | $1,290.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,630.78 | $1,581.86 | $291.38 | $48.92 | **$1,290.48** |
| YTD | $7,953.55 | $7,714.95 | $1,407.84 | $263.60 | $6,282.11 |

# Bachman's

Bachman's, Inc.
6010 Lyndale Ave S
Minneapolis, MN 55419-2289

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/26/2025 |
| Period End Date | 02/08/2025 |
| Pay Date | 02/14/2025 |
| Document | 169554 |
| **Net Pay** | **$1,275.25** |

## Pay Details

**Joseph Monahan**
16198 Harvard ct
lakeville, MN 55044
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 114038 | Pay Group | Biweekly | |
| SSN | XXX-XX | Location | Bachman's Farm/Grnhse | |
| Job | INSIDE SALES SUPPORT | STORE | 050 - Wholesale Nursery | |
| Pay Rate | $20.4000 | LABOR | 6015 - Labor Sales non-Retail | |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | 0.000000 | $0.00 | $163.20 |
| Overtime | 0.740000 | $22.64 | $33.96 |
| Paid Time Off | 0.000000 | $0.00 | $612.00 |
| Regular Pay | 37.800000 | $771.12 | |
| Regular Pay | 40.000000 | $816.00 | $5,263.61 |
| Regular Pay ST | 0.000000 | $0.00 | $250.00 |

Total Hours 78.540000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Catch up | Yes | $48.29 | $189.68 | $0.00 | $0.00 |
| United Way | No | $0.00 | $25.00 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $12.07 | $47.42 |
| GTL 50000 | No | $0.00 | $0.00 | $3.46 | $13.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $108.97 | $422.35 |
| Employee Medicare | $23.34 | $91.68 |
| Social Security Employee Tax | $99.80 | $392.01 |
| MN State Income Tax | $54.11 | $210.42 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.6150 | 52.1450 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx | Checking | $1,275.25 |
| Total | | $1,275.25 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,609.76 | $1,561.47 | $286.22 | $48.29 | $1,275.25 |
| YTD | $6,322.77 | $6,133.09 | $1,116.46 | $214.68 | $4,991.63 |